IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02007-BNB

FREDERICK L. JONES,

    Applicant,

v.

STEVE HARTLEY, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 18, 2008, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 18 2008

GREGORY C. LANGHAM
                CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02007-BNB

Fredrick L. Jones
Prisoner No. 59592
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Clemmie Parker Engle
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/18/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk