IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02007-ZLW-BNB

FREDERICK L. JONES,

    Applicant,

v.

STEVE HARTLEY, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

_____

ORDER
_____

    On the Court's own motion, it is

    ORDERED that the Special Order Of Reference To Magistrate Judge filed December 8, 2008 (Doc. No. 17) is vacated, and the reference is withdrawn.

    DATED at Denver, Colorado, this  7th  day of April, 2009.

                            BY THE COURT:

                            _____
                            ZITA L. WEINSHIENK, Senior Judge
                            United States District Court