IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02007-ZLW-BNB

FREDRICK L. JONES,

    Applicant,

v.

STEVE HARTLEY, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.
_____

### ORDER FOR STATE COURT RECORD
_____

    Applicant Frederick L. Jones, a prisoner in the custody of the Colorado Department of Corrections at Limon Correctional Facility in Limon, Colorado, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  Respondents have filed an answer.

    I find that the state court record may be necessary for resolution of this action. Accordingly, it is

    **ORDERED** that on or before **July 23, 2009**, the Clerk of the Combined Court for El Paso County shall provide to this Court the original written record, including transcripts, of the El Paso District Court Case No. 87CR2730, *People v. Jones.*  It is

    **FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Combined Court for El Paso County by facsimile to (719)-448-7695 and by regular mail to Clerk of the Combined Court for El Paso County, P.O. Box 2980, Colorado Springs, Colorado 80901-2980.

Dated: June 23, 2009.

BY THE COURT:

Zita L. Weinshienk, Senior Judge
United States District Court