IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

```
F I L E D
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

   FEB 14 2011

GREGORY C. LANGHAM
              CLERK
```

CIVIL ACTION NO. 08-cv-02007 ZLW

FREDERICK L. JONES

  Petitioner,

vs.

STEVE HARTLEY, Warden of the Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

  Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 9th day of February, 2011

  BY THE COURT:

  */s/ Zita Leeson Weinshienk*
  Zita L. Weinshienk, Senior Judge
  United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02007 ZLW

El Paso County District Court
20 E. Vermijo Ave.
Colorado Springs, CO 80903

Fredrick L. Jones
# 59592
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

Clemmie Parker Eagle - Colorado Attorney General's Office - Criminal
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 2/14/11.

                        GREGORY C. LANGHAM, CLERK

                        By: _____
                                Deputy Clerk